UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>Barbara Lynn Lefler<br><br>AKA: Barbara Lynn Autocunas<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-80320<br><br>Chapter: 13<br>Honorable Thomas M. Lynch |

### ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY

This matter coming to be heard on the Motion of Exeter Finance, LLC, to modify the automatic stay as to Debtor and non-filing Co-Debtor, Fredrick Neal, due notice being served on the parties of interest and this Court having jurisdiction and being fully advised on the premises, IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. §§ 362 and 1301(c) is modified so as to not restrain Exeter Finance, LLC, from pursuing non bankruptcy remedies with respect to one 2015 KIA Sorento Utility 4D EX 2WD V6, VIN 5XYKU4A72FG574554.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter: /s/ Thomas M. Lynch

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: August 29, 2019

**Prepared by:**

Jennifer Rinn

Rinn Richman Law

P.O. Box 465

Chicago, IL 60690

Phone: (586) 899-5086

jennifer@rinnrichmanlaw.com