UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE: ) CASE NO. 19-80320
BARBARA L. LEFLER
) CHAPTER 13
)
) Judge: Thomas Lynch

CORRECTED    NOTICE OF CLAIM TREATMENT PER PROPOSED PLAN
COURT CLAIM #17

**JPMORGAN CHASE BANK NA**       JP MORGAN CHASE BANK NA
**MAIL CODE: OH4-7164**          ATTN: CORRESPONDENCE MAIL
**COLIMBUS, OH  43224-0785**     MAIL CODE: LA4-5555 700 KANSAS LANE
                                 MONROE, LA  71203

On April 30th, 2019, JPMORGAN CHASE BANK NA filed a claim in the amount of $113,393.57 claim #17 on PACER. The Chapter 13 Plan proposes to surrender the collateral and pay any deficiency claim as unsecured.

NOTICE IS HEREBY GIVEN that said secured claim of JPMORGAN CHASE BANK NA claim #17 on PACER shall receive no payments through the plan and that JPMORGAN CHASE BANK NA shall not be barred from filing an amended claim for any deficiency. Any deficiency claim shall be paid as unsecured.

/s/Lydia S. Meyer
Lydia S. Meyer, Trustee
308 W. State Street, Suite 212
Rockford, IL  61101

### Certificate of Mailing

The undersigned certifies that a copy of this notice was mailed to the creditor listed above in envelopes addressed as indicated bearing first class postage on the 26th day of SEPTEMBER, 2019. I further certify that a copy was served on the Debtor(s)' attorney via electronic notification that occur automatically upon the filing of this Notice.

/s/Susan K. Jones
For Lydia S. Meyer, Trustee