UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

In Re:  )  BK No.:   19-80320

Barbara Lefler,  )

)  Chapter:  13

)  Honorable Thomas M. Lynch

)

)

Debtor(s)  )

### Order Sustaining Objection to Claim #10 of Wells Fargo Bank, N.A.

This matter having come before the Court upon an Objection to Claim #10, and notice having been sent, and the Court being advises:

IT IS HEREBY ORDERED:

The Objection to Claim #10 is SUSTAINED and said Claim shall be disallowed in its entirely.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  September 26, 2019

**Prepared by:**

Dan Springer
5301 E. State Street
Suite 105
Rockford, IL 61008
815-312-4725