**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Barbara Lynn Lefler FKA Barbara Lynn Autocunas</u>   Case No.: <u>19-80320</u>   Chapter: <u>13</u>

All Cases: Moving Creditor: <u>JPMorgan Chase Bank, National Association</u>   Date Case Filed: <u>February 19, 2019</u>

Nature of Relief Sought ☒ Lift Stay  ☐ Annul Stay  ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____N/A_____ or Date Plan Confirmed _____N/A_____

Chapter 7:  ☐ No-Asset Report filed on _____
           ☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral

   a. ☒ Home 17924 Salem Rd, Grafton, IL 62037
   b. ☐ Car Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of September 28, 2019: $<u>115,637.99</u>
   Total of all other Liens against Collateral: $<u>0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $<u>170,321.00, Schedule D</u>

5. Default

   a. ☐ Pre-Petition Default
      Number of months _____   Amount $_____

   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months <u> 3 </u>   Amount $<u>3,286.56</u>

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☒ Other <u>Failure to make post-petition payments since July 1, 2019</u>
   b. ☐ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)
   c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)

      v.   ☐ Bad Faith (describe) _____
      vi.  ☐ Multiple filings
      vii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral

19-008734_CAM4

viii. ☐ Reaffirm    ix. ☐ Redeem    x. ☐ Surrender    xi. ☒ No Statement of Intentions Filed

Date: 10/04/2019

Respectfully submitted,

/s/ Umair Malik

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com

(Rev. 12/21/09)

19-008734_CAM4