UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In Re: <br> Barbara Lynn Lefler FKA Barbara Lynn Autocunas <br><br><br><br> Debtor(s) | BK No.: 19-80320 <br><br> Chapter: 13 <br> Honorable Thomas M. Lynch |

**ORDER ON CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY (FIRST MORTGAGE)**

This matter is before the Court on the Motion for Relief from Automatic Stay and Co-Debtor Stay by JPMorgan Chase Bank, National Association (hereinafter "Movant').

The automatic stay and co-debtor stay is modified to permit Creditor to enforce its rights against the property described as 17924 Salem Rd, Grafton, IL 62037 pursuant to the terms and conditions of contract and applicable nonbankruptcy law.

Pursuant to 11 U.S.C. § 362 and 1301(c) it is ORDERED that the motion is granted. The fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall discontinue all payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s).

Enter: *[signature]*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: October 17, 2019

**Prepared by:**

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Umair M. Malik.
Contact email is ummalik@manleydeas.com