**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In Re: Barbara L. Lefler | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 19-80320 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no. 55, having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

IT IS FURTHER ORDERED that:

(1) Ordered that notwithstanding any provision of the debtor(s) Chapter 13 Plan to the contrary, the debtor(s)' Chapter 13 Plan payments shall continue until all allowed claims are paid 100%. The Chapter 13 Plan is hereby amended accordingly.

ENTER: *[signature]*

_____
JUDGE THOMAS M. LYNCH

Dated: **OCT 24 2019**

Lydia S. Meyer, Trustee
308 W. State Street
P.O. Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax: 815-968-5368